**STATE of Missouri, Respondent,**

v.

**Thomas S. GINN, Appellant.**

**No. WD 60940.**

Missouri Court of Appeals,
Western District.

July 22, 2003.

---

Emmett D. Queener, Columbia, MO, for appellant.

Charnette D. Douglas, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and RONALD R. HOLLIGER, Judge.

## ORDER

PER CURIAM.

Appellant Thomas S. Ginn appeals from his conviction for delivery of a controlled substance, § 195.211 RSMo. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).